UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PEDRO BONILLA-ALVARADO,

               Petitioner,

v.

KEVIN RAYCRAFT et al.,

               Respondents.

_____/

Case No. 1:26-cv-1468

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED WITHOUT PREJUDICE.**

Dated:   May 19, 2026              /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge